| Probation Form 22 (REV. MAR 93) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 7:00-CR-124-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 05-10012 |

| NAME AND ADDRESS OF OFFENDER | DISTRICT EASTERN NORTH CAROLINA | DIVISION SOUTHERN |
|---|---|---|
| Eleanor Ann Guild Coghill 26 Maple Crest Drive South Borough, MA 01772 | NAME OF SENTENCING JUDGE James C. Fox | |
| | DATES OF SUPERVISION → | FROM 10/15/2004 | TO 10/14/2009 |

OFFENSE

18 U.S.C. § 656, Embezzlement
18 U.S.C. § 1957 (a) & (d) (1), Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District court for the District of Massachusetts upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

10/28/04
Date

*James C. Fox*
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

Jan 5, 2005
Effective date

United States District Judge