230 Stuart St. Apt. 801
Boston, MA 02116

Mary Cummings
Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

CR 05-10012-UA

Dear Ms. Cummings:

    I am currently on federal probation, in Crim. No. 05-10012. This case is unassigned, as jurisdiction was transferred from North Carolina.

    I have been in contact with the U.S. Attorney's Office about issues regarding outstanding restitution. These issues are complex and I believe that I need legal representation to help me resolve this issue. I cannot afford to hire an attorney. A completed financial affidavit is enclosed.

    I have discussed this matter with Federal Public Defender Miriam Conrad and she has suggested that I write this letter.

Sincerely,

Eleanor Coghill

Eleanor G. Coghill